1  Bruce L. Simon (Bar No. 92641)
   bsimon@psswplaw.com
2  Esther L. Klisura (Bar No. 221171)
   eklisura@psswplaw.com
3  PEARSON, SIMON, SOTER, WARSHAW
   & PENNY, LLP
4  44 Montgomery Street, Suite 1200
   San Francisco, CA 94104
5  Telephone:  (415) 433-9000
   Facsimile:   (415) 433-9008
6
7  Thomas V. Girardi (Bar No. 36603)
   tgirardi@girardikeese.com
   Jennifer Lenze (Bar No. 246858)
8  jlenze@girardikeese.com
   GIRARDI KEESE
9  1126 Wilshire Boulevard
   Los Angeles, CA 91101
10 Telephone:  (213) 977-0211
   Facsimile:   (213) 481-1554
11
   *Counsel for Plaintiffs Franklyn Ajaye, Ming-Chun*
12 *Wu Chen, Tzu-Chiao Chen, Rayna Rusenko, Titi*
   *Tran, Boris Zingerman, and Galina Zingerman*
13

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| HEE HO CHUNG, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>KOREAN AIR LINES CO., LTD.<br><br>Defendant. | Case No. C07-3985 CRB |
| FRANKLYN AJAYE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR NEW ZEALAND, LTD., et al.<br><br>Defendants. | Case No. C07-5911 JSW<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES |

776476.1

PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 MONTGOMERY STREET, SUITE 1200
SAN FRANCISCO, CALIFORNIA 94104

1  On November 27, 2007, plaintiffs Franklyn Ajaye, Ming-Chun Wu Chen, Tzu-Chiao Chen, Rayna Rusenko, Titi Tran, Boris Zingerman, and Galina Zingerman, the plaintiffs in *Ajaye, et al. v. Air New Zealand, Ltd., et al.*, Case No. C07-5911 JSW, filed an Administrative Motion to Relate Cases pursuant to Civil Local Rule 3-12.  The Court having considered the papers and pleadings on file, and good cause appearing, HEREBY GRANTS the motion.

IT IS HEREBY ORDERED that the following cases are deemed related and that all later-filed cases are re-assigned to the Honorable Charles R. Breyer.

1. *Chung, et al. v. Korean Air Lines Co., Ltd.*
   Case No. C07-3985 CRB.
2. *Wide World Tours of Mission Valley, Inc. v. Korean Air Lines Co., Ltd.*
   Case No. C07-5837 EDL.
3. *Wortman, et al. v. Air New Zealand, et al.*
   Case No. C07-5634 EDL.
4. *Maloof v. Air New Zealand, et al.*
   Case No. C07-5811 MJJ.
5. *Ajaye, et al. v. Air New Zealand, et al.*
   Case No. C07-5911 JSW

SO ORDERED.

Dated: __December 3, 2007__



_____
United States District Court

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES**

776476.1