Bruce L. Simon (Bar No. 92641)
  bsimon@psswplaw.com
Esther L. Klisura (Bar No. 221171)
  eklisura@psswplaw.com
PEARSON, SIMON, SOTER, WARSHAW
  & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:   (415) 433-9000
Facsimile:   (415) 433-9008

Thomas V. Girardi (Bar No. 36603)
  tgirardi@girardikeese.com
Jennifer Lenze (Bar No. 246858)
  jlenze@girardikeese.com
GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, CA 91101
Telephone:   (213) 977-0211
Facsimile:   (213) 481-1554

*Counsel for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANKLYN AJAYE, MING-CHUN WU CHEN, TZU-CHIAO CHEN, RAYNA RUSENKO, TITI TRAN, BORIS ZINGERMAN, and GALINA ZINGERMAN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> AIR NEW ZEALAND, LTD., ALL NIPPON AIRWAYS CO., LTD., CHINA AIRLINES, LTD., EVA AIRWAYS CORPORATION, JAPAN AIRLINES CORPORATION, NORTHWEST AIRLINES CORPORATION, QANTAS AIRWAYS, LTD., SINGAPORE AIRLINES, LTD., and THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY, LTD., <br><br> Defendants. | Case No. C07-5911 CRB <br><br> **STIPULATION RE EXTENSION OF TIME FOR DEFENDANT ALL NIPPON AIRWAYS CO., LTD. TO RESPOND TO COMPLAINT** |

777259.1

**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

1     WHEREAS the undersigned plaintiffs have filed the above-captioned case;

2     WHEREAS plaintiffs allege antitrust violations by defendant airlines in the sale of passenger air transportation services containing transpacific flight segments;

4     WHEREAS multiple complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of purchasers of passenger air transportation services containing transpacific flight segments (collectively "the Transpacific Air Passenger cases");

8     WHEREAS, a motion is pending before the Judicial Panel on Multidistrict Litigation to transfer the Transpacific Air Passenger cases to this jurisdiction for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. Section 1407;

11     WHEREAS plaintiffs anticipate the possibility of filing a Consolidated Amended Complaint in the Transpacific Air Passenger cases;

13     WHEREAS plaintiffs and All Nippon Airways Co., Ltd. have agreed that an orderly schedule for any response to the pleadings in the Transpacific Air Passenger cases would be more efficient for the parties and for the Court;

16     PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFFS AND DEFENDANT ALL NIPPON AIRWAYS CO., LTD., BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The deadline for All Nippon Airways Co., Ltd. to answer, move, or otherwise respond to plaintiffs' Complaint shall be extended until forty-five days after the filing of a Consolidated Amended Complaint in the Transpacific Air Passenger cases, or such other time as the parties may jointly agree in writing;

2. This extension is available, without further stipulation with counsel for plaintiffs, to all named defendants who notify plaintiffs in writing of their intention to join this Stipulation; and

3. This Stipulation does not constitute a waiver by All Nippon Airways Co., Ltd., or any other named defendant joining the Stipulation of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction,

777259.1

**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

improper venue, sufficiency of process or service of process.

IT IS SO STIPULATED.

DATED: December 19, 2007        By: /s/ Esther Klisura
                                    Bruce L. Simon (Bar No. 92641)
                                    Esther L. Klisura (Bar No. 221171)
                                    PEARSON, SIMON, SOTER,
                                      WARSHAW & PENNY, LLP
                                    44 Montgomery Street, Suite 1200
                                    San Francisco, CA 94104
                                    Telephone: (415) 433-9000
                                    Facsimile: (415) 433-9008

                                    Thomas V. Girardi (Bar No. 36603)
                                    Jennifer Lenze (Bar No. 246858)
                                    GIRARDI KEESE
                                    1126 Wilshire Boulevard
                                    Los Angeles, CA 91101
                                    Telephone: (213) 977-0211
                                    Facsimile: (213) 481-1554

                                    *Attorneys for Plaintiffs and the Proposed Class*

DATED: December 18, 2007        By: /s/ Yang Chen
                                    Yang Chen
                                    CONSTANTINE CANNON
                                    450 Lexington Avenue
                                    New York, NY 10017
                                    Telephone: (212) 350-2700
                                    Facsimile: (212) 350-2701

                                    *Attorneys for Defendant All Nippon Airways Co., Ltd.*

777259.1

2

**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**