| Attorney or Party without Attorney: <br> Bruce L. Simon, Esq., Bar #92641 <br> Pearson Simon Soter Warshaw & Penny LLP <br> 44 Montgomery Street, Suite 1200 <br> San Francisco, CA 94104 <br> Telephone No: 415-433-9000    FAX No: 415-433-9008 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Northern District Of California | |
| Plaintiff: Franklyn Ajaye, et al. | |
| Defendant: Air New Zealand, LTD., et al. | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV075911JSW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Amended Summons In A Civil Case; Class Action Complaint; Order Setting Initial Case Management Conference And ADR Deadlines; Civil Standing Orders; Standing Order For All Judges of the Northern District of California; ECF Registration Information Handout

3. a. Party served:              Thai Airways International Public Company, Ltd.
   b. Person served:             Becky DeGeorge, Person Authorized to Accept Service

4. Address where the party was served:    CSC Lawyers
                                          2730 Gateway Oaks Drive, Suite 100
                                          Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Dec. 06, 2007 (2) at: 1:49PM

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. J. Marshall                                       d. *The Fee for Service was:*   $64.00



1st Nationwide Legal Services
501 12th Street
Sacramento CA, 95814

Voice: 916.449.8990
FAX: 916.449.8991

   e. I am: (3) registered California process server
        (i)   Independent Contractor
        (ii)  *Registration No.:*        98-61
        (iii) *County:*                  Sacramento
        (iv)  *Expiration Date:*         Fri, Jun. 27, 2008

8. **I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.**
   Date:Fri, Dec. 07, 2007

Judicial Council Form                    PROOF OF SERVICE                      (J. Marshall)
Rule 982.9.(a)&(b) Rev January 1, 2007                                         brsim.81784