BOIES, SCHILLER & FLEXNER LLP
JOHN F. COVE, JR. (CA Bar No. 212213)
KENNETH F. ROSSMAN IV (CA Bar No. 237558)
DEAN M. HARVEY (CA Bar No. 250298)
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
Email:  jcove@bsfllp.com
             krossman@bsfllp.com
             dharvey@bsfllp.com

Attorneys for Defendant Northwest Airlines
Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLYN AJAYE, MING-CHUN WU CHEN, TZU-CHIAO CHEN, RAYNA RUSENKO, TITI TRAN, BORIS ZINGERMAN, AND GALINA ZINGERMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR NEW ZEALAND, LTD., ALL NIPPON AIRWAYS CO., LTD., CHINA AIRLINES, LTD., EVA AIRWAYS CORPORATION, JAPAN AIRLINES CORPORATION, NORTHWEST AIRLINES CORPORATION, QANTAS AIRWAYS, LTD., SINGAPORE AIRLINES, LTD., AND THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY, LTD.,<br><br>Defendants. | Case No. 07-CV-05911 CRB<br><br>**DEFENDANT NORTHWEST AIRLINES CORPORATION'S NOTICE OF APPEARANCE OF JOHN F. COVE, JR., KENNETH F. ROSSMAN IV, AND DEAN M. HARVEY**<br><br>The Honorable Charles R. Breyer |

1   TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

2          PLEASE TAKE NOTICE THAT John F. Cove, Jr., Kenneth F. Rossman IV, and Dean

3   M. Harvey of Boies, Schiller & Flexner LLP, 1999 Harrison Street, Suite 900, Oakland,

4   California 94612, hereby enter an appearance on behalf of defendant Northwest Airlines

5   Corporation in the above-captioned matter.

6

7          Respectfully Submitted,

8   Dated: January 04, 2008                    BOIES, SCHILLER & FLEXNER LLP

9                                              By:    /s/ Dean M. Harvey

10                                             JOHN F. COVE, JR.
                                               KENNETH F. ROSSMAN IV
11                                             DEAN M. HARVEY
                                               1999 Harrison St., Suite 900
12                                             Oakland, CA 94612
                                               Telephone: (510) 874-1000
13                                             Facsimile: (510) 874-1460

14
                                               Attorneys for Defendant Northwest Airlines
15                                             Corporation

16

17

18

19

20

21

22

23

24

25

26

27

28

1