1   BOIES, SCHILLER & FLEXNER LLP
    JOHN F. COVE, JR. (CA Bar No. 212213)
2   KENNETH F. ROSSMAN IV (CA Bar No. 237558)
    DEAN M. HARVEY (CA Bar No. 250298)
3   1999 Harrison St., Suite 900
    Oakland, CA 94612
4   Telephone: (510) 874-1000
    Facsimile: (510) 874-1460
5   Email:  jcove@bsfllp.com
            krossman@bsfllp.com
6           dharvey@bsfllp.com

7   Attorneys for Defendant Northwest Airlines Corporation

8

9

10                  **UNITED STATES DISTRICT COURT**

11                **NORTHERN DISTRICT OF CALIFORNIA**

12

13  **FRANKLYN AJAYE, MING-CHUN WU**    )   Case No. 07-CV-05911 CRB
    **CHEN, TZU-CHIAO CHEN, RAYNA**     )
14  **RUSENKO, TITI TRAN, BORIS**       )   **NOTICE OF JOINING STIPULATION RE**
    **ZINGERMAN, AND GALINA**           )   **EXTENSION OF TIME TO RESPOND TO**
15  **ZINGERMAN**, individually and on behalf of )   **COMPLAINT**
16  all others similarly situated,      )
                                        )
17                  Plaintiffs,         )   The Honorable Charles R. Breyer
                                        )
18  vs.                                 )
                                        )
19                                      )
    **AIR NEW ZEALAND, LTD., ALL**      )
20  **NIPPON AIRWAYS CO., LTD., CHINA** )
    **AIRLINES, LTD., EVA AIRWAYS**     )
21  **CORPORATION, JAPAN AIRLINES**     )
    **CORPORATION, NORTHWEST**          )
22  **AIRLINES CORPORATION, QANTAS**    )
    **AIRWAYS, LTD., SINGAPORE**        )
23  **AIRLINES, LTD., AND THAI AIRWAYS** )
    **INTERNATIONAL PUBLIC COMPANY,**   )
24  **LTD.,**                           )
                                        )
25                                      )
                    Defendants.         )
26

27

28

1    Pursuant to Local Rule 6-1(a), and in light of the related "Motion for Transfer and

2  Consolidation of Related Actions to the Northern District of California Pursuant to 28 U.S.C. §

3  1407" now pending before the Judicial Panel on Multidistrict Litigation ("JPML"), Defendant

4  Northwest Airlines Corporation ("Defendant"), through counsel, hereby joins in the December

5  12, 2007 stipulation between plaintiffs and All Nippon Airways Co., Dkt. No. 6 ("Stipulation"),

6  concerning an extension of time to respond to the complaint.  Pursuant to the Stipulation, the

7  "extension of time is available, without further stipulation with counsel for plaintiffs, to all named

8  defendants who notify plaintiffs in writing of their intention to join this Stipulation."  (Stipulation

9  at 1:23-25.)  This notice serves as Defendant's written notification to plaintiffs that Defendant

10  joins in the Stipulation.

11    IT IS HEREBY AGREED that, pursuant to the Stipulation:

12    1.    The deadline for Defendant to answer, move, or otherwise respond to plaintiffs'

13  Complaint shall be extended until forty-five days after the filing of a Consolidated Amended

14  Complaint in the Transpacific Air Passenger cases, or such other time as the parties may jointly

15  agree in writing;

16    2.    This notice does not constitute a waiver by Defendant, or any other named

17  defendant joining the Stipulation of any defense, including but not limited to the defenses of lack

18  of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or

19  service of process.

20    Respectfully Submitted,

21  Dated: January 04, 2007                    BOIES, SCHILLER & FLEXNER LLP

22                                             By:    /s/ Dean M. Harvey

23                                             JOHN F. COVE, JR.
24                                             KENNETH F. ROSSMAN IV
                                               DEAN M. HARVEY
25                                             1999 Harrison St., Suite 900
                                               Oakland, CA 94612
26                                             Telephone: (510) 874-1000
                                               Facsimile: (510) 874-1460
27
28                                             Attorneys for Northwest Airlines Corporation

1