Bruce L. Simon (Bar No. 96241)
  bsimon@psswplaw.com
Esther L. Klisura (Bar No. 221171)
  eklisura@psswplaw.com
PEARSON, SIMON, SOTER, WARSHAW
  & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:  (415) 433-9000
Facsimile:   (415) 433-9008

Thomas V. Girardi (Bar No. 36603)
  tgirardi@girardikeese.com
J. Paul Sizemore (Bar No. 254981)
  jsizemore@girardikeese.com
GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, CA 91101
Telephone:  (213) 977-0211
Facsimile:   (213) 481-1554

[Additional counsel listed on signature page]
*Counsel for Plaintiffs Franklyn Ajaye, Ming-Chun Wu Chen, Tzu-Chiao Chen, Rayna Rusenko, Titi Tran, Boris Zingerman, and Galina Zingerman*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA  (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE TRANSPACIFIC AIR PASSENGER ANTITRUST LITIGATION | CASE NO. M08-CV-1913 CRB<br><br>MDL No. 1913 |
| This Document Relates to:<br><br>**Ajaye, et al. v. Air New Zealand, et al.**<br>**Case No. C07-5911 CRB** | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORTHWEST AIRLINES CORPORATION WITHOUT PREJUDICE [Fed. R. Civ. P. 41(a)(1)]** |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiffs Franklyn Ajaye, Ming-Chun Wu Chen, Tzu-Chiao Chen, Rayna Rusenko, Titi Tran, Boris Zingerman, and Galina Zingerman hereby dismiss all claims made in Case No. C07-5911 CRB, without prejudice, against named defendant Northwest Airlines Corporation.

DATED: March 21, 2008         By:    /s/ Bruce L. Simon
                                      Bruce L. Simon (Bar No. 92641)
                                        bsimon@psswplaw.com
                                      Esther L. Klisura (Bar No. 221171)
                                        eklisura@psswplaw.com
                                      PEARSON, SIMON, SOTER, WARSHAW
                                      & PENNY, LLP
                                      44 Montgomery Street, Suite 1200
                                      San Francisco, CA 94104
                                      Telephone:   (415) 433-9000
                                      Facsimile:   (415) 433-9008

                                      Clifford H. Pearson (Bar No. 108523)
                                        cpearson@psswplaw.com
                                      Gary S. Soter (Bar No. 67622)
                                        gsoter@psswplaw.com
                                      Daniel L. Warshaw (Bar No. 185365)
                                        dwarshaw@psswplaw.com
                                      PEARSON, SIMON, SOTER, WARSHAW
                                      & PENNY, LLP
                                      15165 Ventura Boulevard, Suite 400
                                      Sherman Oaks, CA 91403
                                      Telephone:   (818) 788-8300
                                      Facsimile:   (818) 788-8104

                                      Thomas V. Girardi (Bar No. 36603)
                                        tgirardi@girardikeese.com
                                      J. Paul Sizemore (Bar No. 254981)
                                        jsizemore@girardikeese.com
                                      GIRARDI KEESE
                                      1126 Wilshire Boulevard
                                      Los Angeles, CA 91101
                                      Telephone:   (213) 977-0211
                                      Facsimile:   (213) 481-1554

                                      *Counsel for Plaintiffs Franklyn Ajaye, Ming-Chun Wu Chen, Tzu-Chiao Chen, Rayna Rusenko, Titi Tran, Boris Zingerman, and Galina Zingerman*

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORTHWEST AIRLINES CORPORATION WITHOUT PREJUDICE**
Case No. C07-5911 CRB                                                                                          1